DAVID H. BERNSTEIN (S.B. # 336551)
**DEBEVOISE & PLIMPTON LLP**
650 California Street
San Francisco, CA 94108
Tel:    (415) 738-5700
Fax:    (415) 644-5628
Email:  dhbernstein@debevoise.com

MEGAN K. BANNIGAN (*admitted pro hac vice*)
JARED I. KAGAN (*admitted pro hac vice*)
NICOLE M. FLORES (*admitted pro hac vice*)
DANIEL N. COHEN (*admitted pro hac vice*)
**DEBEVOISE & PLIMPTON LLP**
66 Hudson Boulevard
New York, NY 10001
Tel:    (212) 909-6000
Fax:    (212) 909-6836
Email:  mkbannigan@debevoise.com
Email:  jikagan@debevoise.com
Email:  nmflores@debevoise.com
Email:  dncohen@debevoise.com

*Attorneys for Defendants and Counterclaim-Plaintiffs*
*X.AI Corp. and X.AI LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| EX POPULUS, INC., a Delaware corporation,<br><br>     *Plaintiff and Counterclaim-Defendant*,<br><br>     v.<br><br>X.AI CORP., a Nevada corporation, and X.AI LLC, a Nevada limited liability company,<br><br>     *Defendants and Counterclaim-Plaintiffs*. | Civil Action No. 3:25-cv-07101-RFL<br><br>**NOTICE OF CHANGE OF LEAD COUNSEL**<br><br>Judge: Hon. Rita Lin<br>Complaint Filed: August 21, 2025<br>Amended Complaint Filed: February 2, 2026 |

NOTICE OF CHANGE OF LEAD COUNSEL

PLEASE TAKE NOTICE that MEGAN K. BANNIGAN of Debevoise & Plimpton LLP is hereby designated as lead counsel for Defendants and Counterclaim-Plaintiffs X.AI Corp. and X.AI LLC in this action, in place of DAVID H. BERNSTEIN of Debevoise & Plimpton LLP.  Mr. Bernstein remains counsel of record but is no longer designated as lead counsel.  Counsel of record for Defendants and Counterclaim-Plaintiffs otherwise remains the same.

Dated: May 13, 2026

By: /s/ Megan K. Bannigan

DAVID H. BERNSTEIN
**DEBEVOISE & PLIMPTON LLP**
650 California Street
San Francisco, CA 94108
Tel:      (415) 738-5700
Fax:      (415) 644-5628
dhbernstein@debevoise.com

MEGAN K. BANNIGAN*
JARED I. KAGAN*
NICOLE M. FLORES*
DANIEL N. COHEN*
**DEBEVOISE & PLIMPTON LLP**
66 Hudson Boulevard
New York, NY 10001
Tel:      (212) 909-6000
Fax:      (212) 909-6836
mkbannigan@debevoise.com
jikagan@debevoise.com
nmflores@debevoise.com
dncohen@debevoise.com

*admitted pro hac vice

*Attorneys for Defendants and Counterclaim-Plaintiffs X.AI Corp. and X.AI LLC*

NOTICE OF CHANGE OF LEAD COUNSEL