UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EX POPULUS, INC.,

          Plaintiff,

    v.

X.AI CORP., et al.,

          Defendants.

Case No.  25-cv-07101-RFL   (TSH)

**ORDER RE MOTION TO SEAL**

Re: Dkt. No. 73

With respect to the Plaintiff's motion to consider at ECF No. 73, Defendants' proposed sealing requests (ECF No. 80) are acceptable.  Accordingly, the Court **ORDERS** Defendants to file Exhibits 1 and 3 in the public record with no redactions within five days.  The Court **ORDERS** Defendants to file Exhibits 4 and 7 in the public record with Defendants' proposed redactions within five days.  The Court **ORDERS** Exhibit 8 to remain sealed.

    **IT IS SO ORDERED.**

Dated: June 22, 2026

THOMAS S. HIXSON
United States Magistrate Judge