**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

EX POPULUS, INC., A DELAWARE
CORPORATION,

    *Plaintiff*,

  v.

X.AI CORP., A NEVADA CORPORATION,
AND X.AI LLC, A NEVADA COMPANY,

    *Defendants*.

Civil Action No. 3:25-cv-07101-RFL
*Judge:* Hon. Thomas S. Hixson

[~~PROPOSED~~] **ORDER GRANTING
JOINT STIPULATION TO EXTEND
TIME TO FILE JOINT DISCOVERY
LETTER BRIEFS**

Complaint Filed: August 21, 2025
First Amended Complaint Filed: Feb. 2, 2026

The Court, having read and considered the Parties' Stipulation to Extend Time to File Joint Discovery Letter Briefs, finds that GOOD CAUSE exists to GRANT the Stipulation and ORDERS as follows:

1. The Discovery Disputes regarding Defendants' Responses to Plaintiff's Requests for Admission and the Mutual Provision of Potential Deposition Dates are deemed resolved.

2. By **June 30, 2026,** Defendants must provide all outstanding information requested by

[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO FILE
JOINT DISCOVERY LETTER BRIEFS             - 1 -
CASE NO. 3:25-cv-07101-RFL

Plaintiff during the meet and confer process to date concerning the remaining Discovery Disputes.

3. The deadline to file a notice of resolution or Joint Discovery Letter Briefs as to the remaining Discovery Disputes is extended from **June 26, 2026** to **July 2, 2026**.

**IT IS SO ORDERED.**

DATED:   June 26, 2026

HONORABLE THOMAS S. HIXSON
United States Magistrate Judge