UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EX POPULUS, INC.,

        Plaintiff,

    v.

X.AI CORP., et al.,

        Defendants.

Case No.  25-cv-07101-RFL   (TSH)

**ORDER RE MOTION TO SEAL**

Re: Dkt. No. 91

With respect to the motion to consider at ECF No. 91, X.AI's proposed sealing requests at ECF No. 100 are acceptable.  Accordingly, the Court **ORDERS** X.AI to file in the public record Exhibits 1, 5, 7 and 12 with X.AI's proposed redactions within five days.  Exhibits 4 and 6 shall remain sealed in their entirety.  In addition, it appears that when Plaintiff filed the motion to consider, it filed the motion itself (ECF No. 91) and the related proposed order (ECF No. 91-8) under seal, even though there is nothing confidential in them.  The Court **ORDERS** Plaintiff to file ECF Nos. 91 and 91-8 in the public record within five days.

    **IT IS SO ORDERED.**

Dated: July 13, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California