UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EX POPULUS, INC.,

           Plaintiff,

    v.

X.AI CORP., et al.,

           Defendants.

Case No.  25-cv-07101-RFL   (TSH)

**ORDER RE MOTION TO SEAL**

Re: Dkt. No. 95

With respect to the motion to consider at ECF No. 95, X.AI's proposed sealing requests at ECF No. 99 are acceptable.  Accordingly, the Court **ORDERS** X.AI to file in the public record Exhibits 1, 2, 3 and 4 with its proposed redactions within five days.  In addition when Plaintiff filed the motion to consider, it filed the motion itself (ECF No. 95) and the proposed order (ECF No. 95-6) under seal, even though they do not contain confidential information.  The Court **ORDERS** Plaintiff to file ECF Nos. 95 and 95-6 in the public record within five days.

     **IT IS SO ORDERED.**

Dated: July 13, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California