United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EX POPULUS, INC.,

Plaintiff,

v.

SPACEXAI CORP, et al.,

Defendants.

Case No. 25-cv-07101-RFL (TSH)

**DISCOVERY ORDER**

Re: Dkt. No. 166

Plaintiff's first set of interrogatories to Defendant SpaceX go way past the initial discovery steps contemplated by the Court's order at ECF No. 167. Accordingly, the Court **STAYS** SpaceX's obligation respond to those interrogatories until 30 days after a claim against SpaceX makes it past a motion to dismiss. A claim makes it past a motion to dismiss on the day the district judge denies a motion to dismiss any claim against SpaceX, or the day SpaceX files a motion to dismiss (against a future amended complaint) less than all of the claims against it, or the day SpaceX answers a future amended complaint without moving to dismiss.

This is not a ruling on the merits of the interrogatories but rather a determination that this burdensome discovery is premature.

**IT IS SO ORDERED.**

Dated: September 22, 2026

THOMAS S. HIXSON
United States Magistrate Judge