UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EX POPULUS, INC., Plaintiff, v. SPACEXAI CORP, et al., Defendants. | Case No. 25-cv-07101-RFL (TSH) **ORDER RE MOTION TO SEAL** Re: Dkt. No. 142 |

With respect to the motion to seal at ECF No. 142, SpaceXAI's proposed redactions at ECF No. 146 are acceptable. The Court **ORDERS** SpaceXAI to file Exhibit 1 in the public record with the redactions SpaceXAI proposes within five days.

**IT IS SO ORDERED.**

Dated: September 29, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California